254

STATE OF NEW JERSEY v. STANLEY A. MATULEWICZ.

May 6, 1985.

Petition for certification granted. (See 198 *N.J.Super.* 474)

STATE OF NEW JERSEY v. MICHAEL PORCELLO.

May 6, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN NEWTON.

May 6, 1985.

Petition for certification denied.

LEE WILLITTS v. EXXON COMPANY, U.S.A.

May 6, 1985.

Petition for certification denied.